# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00783-CV

**In re Leah Hayes**

**Kyle Jason McCarrell, Appellant**

**v.**

**Dunham & Jones Attorneys at Law P.C. and James Erickson, Appellees**

**FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-GN-19-006982, THE HONORABLE WILLIAM C. KIRKENDALL, JUDGE PRESIDING**

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of Kyle Jason McCarrell. The subject of this proceeding is court reporter Leah Hayes, who has failed to comply with this Court's order to file the reporter's record.

On February 7, 2020, we ordered Hayes to file the record by February 18, 2020, and cautioned her that failure to file the record by that date could require her to show cause why she should not be held in contempt of court. To date, the reporter's record has not been filed.

Therefore, it is hereby ordered that Leah Hayes shall appear in person before this Court on **Wednesday, March 11, 2020, at 9:00 a.m.** in the Third Court of Appeals courtroom,

located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our February 7, 2020 order.  This order to show cause will be withdrawn and Hayes will be relieved of her obligation to appear before this Court as ordered above if the Clerk of the Court receives the complete reporter's record **on or before March 9, 2020.**

It is ordered on February 28, 2020.


Before Chief Justice Rose, Justices Baker and Triana